NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EARL CHRISTY and DAVID            )
CONSTABLE,                        )
                                  )
        Appellants,               )
                                  )
v.                                )          Case No. 2D18-5087
                                  )
VALIDUS SENIOR LIVING             )
HOLDINGS, LLC, and VALIDUS        )
SENIOR LIVING REIT INVESTMENT     )
MANAGEMENT COMPANY, LLC,          )
                                  )
        Appellees.                )
_____    )

Opinion filed November 6, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pinellas County;
Jack R. St. Arnold, Judge.

Paul B. Thanasides and Mary R. Thanasides
of McIntyre Thanasides Bringgold Elliott
Grimaldi Guito & Matthews, P.A., Tampa, for
Appellants.

Charles A. Carlson and Allison Kirkwood
Simpson of Barnett, Bolt, Kirkwood, Long,
Koche & Foster P.A., Tampa, for Appellees.

PER CURIAM.

        Affirmed.

KELLY, BADALAMENTI, and SMITH, JJ., Concur.